NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

v.

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2012-3217

---

Petition for review of the Merit Systems Protection Board in case no. SF3330110227-I-1.

---

**ON MOTION**

---

**O R D E R**

Henry Gossage moves for an extension of time, until December 10, 2012, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

HENRY GOSSAGE V. LABOR                      2

FOR THE COURT

OCT 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Henry E. Gossage (Informal brief form enclosed)
     Jeanne E. Davidson, Esq.

s27